**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**IN RE:**

| | |
|---|---|
| **ROBERT S. WATKINS,** | **CASE NO. 20-30869-KLP** |
| **DEBTOR.** | **CHAPTER 11** |

_____

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE
_____

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Peter J. Barrett
Kutak Rock LLP
901 E. Byrd St., Ste 1000
Richmond, VA 23219
(804) 644-1700
peter.barrett@kutakrock.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

> John P. Fitzgerald, III
> Acting United States Trustee

February 20, 2020    By:    /s/ Kenneth N. Whitehurst, III
Office of the U.S. Trustee
200 Granby Street
Room 625, Federal Building
Norfolk, VA 23510
(757) 441-6012

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Shannon Pecoraro, Esq., VSB No. 46864
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310