UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  ROBERT S. WATKINS   Case No.: 20-30869-KLP
Debtor.   Chapter 11 v

## REORGANIZED DEBTOR'S NOTICE OF SUBSTANTIAL CONSUMMATION

Robert S. Watkins (the "**Reorganized Debtor**") by counsel, submits this Notice of Substantial Consummation pursuant to 11 U.S.C. § 1183(c)(2).

1. On February 19, 2020, the Debtor filed for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). Thereafter, pursuant to § 1183, Peter J. Barrett (the "**SubV Trustee**") was appointed to serve as the trustee in this bankruptcy case.

2. The Debtor's Chapter 11 Subchapter V Plan was filed on December 10, 2020, [Docket No. 74] (the "**SubV Plan**").

3. On June 30, 2021, the Debtor solicited acceptance of the SubV Plan pursuant to (a) terms of the Order Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances or Rejections of the Plan the ("Order") and (b) 1125 of the Bankruptcy Code.

4. A hearing was held on August 4, 2021 and on August 5, 2021 the Court entered an Order confirming Robert S. Watkins' Plan of Reorganization [Docket No. 117] (the "**Confirmation Order**"). The Effective Date of the Plan was August 19, 2021.

Robert A. Canfield, VSB #16901
CANFIELD WELLS, LLP
4124 E. Parham Road
Richmond, VA 23228
☎(804)673-6600
🖷(804)673-6604
*Counsel for the Reorganized Debtor*

5. Thereafter, certain amounts due and owing under the SubV Plan were paid by the Reorganized Debtor to the SubV Trustee, to the Reorganized Debtor's priority tax obligations and to the Reorganized Debtor's secured creditors. As such, the SubV Plan has been substantially consummated.

Respectfully Submitted,

ROBERT S. WATKINS

Dated: October 20, 2022
Richmond, Virginia

By: Robert A. Canfield
Counsel

Robert A. Canfield, VSB #16901
CANFIELD WELLS, LLP
4124 E. Parham Road
Richmond, VA 23228
☎(804)673-6600
📠(804)673-6604
*Counsel for the Reorganized Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on or before October 20, 2022 a true and correct copy of the Reorganized Debtor's Notice of Substantial Consummation will be served via electronic delivery and/or first-class mail, postage prepaid, on the Office of the United States Trustee, the Subchapter V Trustee, and all other parties in interest.

By: /s/ Robert A. Canfield
Counsel